JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC., <br><br> Petitioner, <br><br> v. <br><br> GOLDEN HARVEST FILMS, INC., et al., <br><br> Respondents. | NO. CV 10-01099 SJO (AGRx) <br><br> **JUDGMENT CONFIRMING ARBITRATION AWARD** |

It is hereby ORDERED, ADJUDGED, AND DECREED that judgment be entered in this proceeding as follows:

1. The arbitration award in Case No. 08-CL-057, dated November 25, 2009, and executed by Arbitrator Edgar A. Jones, Jr., is confirmed in all respects.

2. Respondents, jointly and severally, are additionally ordered to pay Petitioner's attorney's fees of $2,500.00 and costs in the amount of $350.00.

IT IS SO ORDERED.

Dated: May 24, 2010

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE